Monica M. Ryden (State Bar No. 023986)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
monica.ryden@jacksonlewis.com

Attorneys for Defendant Intel Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kerry Alter, | Case No.: |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL** |
| Intel Corporation, Reed Group, Vengroff Williams, Inc., John Does 1-10 and Black and White, Corporations 1-10, | |
| Defendants. | |

Pursuant to 28 U.S.C. §§ 1441 and 1446, Intel Corporation ("Defendant Intel") hereby files this Notice of Removal of this case from the Superior Court of Maricopa County, State of Arizona, Case No. CV2018-015243, where it is currently pending, to the United States District Court for the District of Arizona.  This case is removable to this Honorable Court because its assertions demonstrate diversity jurisdiction and because it asserts federal claims against the Defendants over which this Court has original subject matter jurisdiction. (Exhibit A, Complaint and Summons.)

In support of such removal, Defendant Intel respectfully shows the Court as follows:

1. Plaintiff instituted this civil action in the Superior Court of Maricopa County, State of Arizona, on or about December 17, 2018.

2. Defendant Intel received informal notice of the Complaint on December 18, 2018, and was later served on January 8, 2019. A true and correct copy of all filings in the Superior Court of Maricopa County action is attached hereto as Exhibit "B" and incorporated herein by reference.

3. Pursuant 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after Defendant Intel's receipt, via service or otherwise, of the initial pleading on which the aforesaid action is based.

4. The United States District Court for the District of Arizona is the federal judicial district embracing the Superior Court of Maricopa County, State of Arizona, where this suit was originally filed. Venue is therefore proper under 28 U.S.C. §§ 82 and 1441(a).

## DIVERSITY JURISDICTION

5. Plaintiff is alleging entitlement to damages for alleged bad faith, breach of contract, and emotional distress. (Exh. A, Compl. p.5.) As plead by Plaintiff, the suit involves a sum in excess of $75,000, exclusive of interest and costs.

6. Plaintiff alleges he is a citizen of the State of Arizona. (Exh. A, Compl. ¶ II.)

7. Defendant Intel is a Delaware corporation with its principal place of business in the State of California. Defendant Intel is not a citizen of the State of Arizona.

8. Defendant Reed Group is a Colorado corporation with its principal place of business in the State of Colorado. Defendant Intel is not a citizen of the State of Arizona.

9. Defendant Vengroff Williams is a Florida corporation with its principal place of business in the State of Florida. Defendant Intel is not a citizen of the State of Arizona.

10. The citizenship of fictitiously-named defendants is disregarded for purposes of diversity jurisdiction analysis. 28 U.S.C. § 1441(b)(1).

11. Complete diversity of citizenship exists between Plaintiff and Defendants.

12. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and, accordingly, is one which may be removed to this Court by Defendant Intel pursuant to 28 U.S.C. § 1441, in that it is a civil action in which the matter in controversy exceeds the sum of $75,000 exclusive of interests and costs, and is between citizens of different states.

**FEDERAL QUESTION JURISDICTION**

13. Additionally, by way of this lawsuit, Plaintiff seeks to challenge the right of Defendants to recover an overpayment due to the Intel Corporation Short Term Disability Plan and/or the Intel Corporation Long Term Disability Plan (the "Plans"), employee welfare benefit plans sponsored by Defendant Intel, caused by Plaintiff's retroactive receipt of Social Security Disability benefits. The Plans are employee welfare benefits as defined in the Employee Retirement Income Security Act of 1974 ("ERISA"), Section 3(1), codified at 29 U.S.C. § 1002(1). Plaintiff was eligible to, and did, participate in the Plans due to his employment with Defendant Intel. (Exh. A, Compl., pp. 2-3.)

14. Plaintiff is challenging the authority of Defendant Intel and the Plans' fiduciaries, administrators and delegees, Defendants Reed Group and Vengroff Williams, to collect overpaid ERISA-regulated benefits. Accordingly, this action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e) in that Plaintiff's claims arise under ERISA-governed welfare benefit plans for which Defendant Intel sponsors certain benefits. Plaintiff's claims, in whole or in part, come within the scope of ERISA § 502(a), 29 U.S.C. § 1132(a).

15. Pursuant to 29 U.S.C. §§ 1132(e)(1) and (f) and 28 U.S.C. § 1331, the District Courts of the United States have original and/or exclusive jurisdiction over such claims without respect to the amount in controversy or the citizenship of the parties. This civil action is one over which this Court has original and/or exclusive jurisdiction and it is one that may be removed to this Court by Defendant Intel.

**MISCELLANEOUS**

16. A copy of this Notice of Removal is being filed with the Superior Court of Maricopa County, State of Arizona, as provided by law, and written notice is being sent to Plaintiff's counsel.

17. The prerequisites for removal under 28 U.S.C. § 1441 have been satisfied.

18. The allegations of this Notice are true and correct and this cause is removable to the United States District Court for the District of Arizona.

19. The properly joined and served defendants have consented to this removal.

20. If any question arises as to the propriety of the removal of this action, Defendant Intel respectfully requests the opportunity to present a brief and oral argument in support of its position that this cause is removable.

**WHEREFORE,** Defendant Intel, by and through its counsel, and through the filing of this Notice of Removal with this U.S. District Court for the District of Arizona, the giving of written notice thereof to Plaintiff, and the filing of a copy of this Notice of Removal with the clerk of the Superior Court of Maricopa County, State of Arizona, effects the removal of said civil action to this Honorable Court.

Dated January 17, 2019.

JACKSON LEWIS P.C.

By: */s/ Monica M. Ryden*
    Monica M. Ryden
    Attorneys for Defendant Intel Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and sent a copy by mail to the plaintiff at the following address:

Kerry Alter
15202 S. 40th Street
Phoenix, AZ 85044
Attorney for Pro Se


By: /s/ Amalia Tafoya

4824-6357-9269, v. 1

5